Case 4:20-cv-03593-YGR   Document 50   Filed 06/15/21   Page 1 of 1

Steven W. Ritcheson, Esq. (SBN 174062)
**INSIGHT, PLC**
578 Washington Blvd. #503
Marina del Rey, California 90292
Telephone: (424) 289-9191
Facsimile: (818) 337-0383
Email: swritcheson@insightplc.com

*For Plaintiff Sapphire Crossing LLC*

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
6/15/2021

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAPPHIRE CROSSING LLC, <br><br> Plaintiff, <br><br> vs. <br><br> EVERNOTE CORPORATION, <br><br> Defendant. | Case No. 4:20-cv-03593-YGR <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Sapphire Crossing LLC and Defendant Evernote Corporation hereby file this Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). According to Rule 41(a)(1)(A)(ii), an action may be dismissed without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Accordingly, Sapphire Crossing LLC and Evernote Corporation stipulate to the dismissal of all claims and counterclaims in this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) with each party to bear its own costs, expenses, and attorneys' fees.

Dated: May 21, 2021                                    Respectfully submitted,

By: */s/ Steven W. Ritcheson*                          By: */s/ Scott D. Sherwin*

Steven W. Ritcheson, Esq. (SBN 174062)                 Scott D. Sherwin
**INSIGHT, PLC**                                        **MORGAN, LEWIS & BOCKIUS LLP**
578 Washington Blvd. #503                              77 West Wacker Drive Suite 500
Marina del Rey, California 90292                       Chicago, IL 60601
Telephone: (424) 289-9191                              Telephone: (312) 324-1789
Facsimile: (818) 337-0383                              Email: Scott.sherwin@morganlewis.com
Email: swritcheson@insightplc.com

*For Plaintiff*, SAPPHIRE CROSSING LLC                 *For Defendant*, EVERNOTE CORPORATION